**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Kasegwe Felexson and Landstar Ranger, Inc.

Appellate case number:   01-20-00730-CV

Trial court case number:  2019-56215

Trial court:                    157th District Court of Harris County

Relators, Kasegwe Felexson and Landstar Ranger, Inc., filed a petition for writ of mandamus challenging the trial court's *Order Granting Intervenor's Motion to Exclude Testimony on the Reasonableness and Necessity of Intervenor's Past Medical Expenses*. On May 10, 2021, while the petition was pending, Relators filed a *Letter Brief of Additional Authority* requesting that our court consider the recent decision by the Texas Supreme Court in *In re Allstate Indem. Co.,* No. 20-0071, 2021 WL 1822946 (Tex. May 7, 2021).

Having reviewed the petition and the letter brief, the court requests that real party in interest file a response to the petition and letter brief by no later than **July 14, 2021**.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                                      Acting individually

Date: __June 17, 2021_____